FILED
1-13-2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| COLUMBUS DONAVAN JEFFREY | ) | 3:20-mj- 1017-JRK |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 3, 2019 _____ in the county of _____ Duval _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Abbigail Beccaccio, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-13-20

_____
*Judge's signature*

City and state: _____ Jacksonville, Florida _____

United States Magistrate Judge James R. Klindt
*Printed name and title*

## AFFIDAVIT

I, Abbigail Beccaccio, being duly sworn, state as follows:

## INTRODUCTION

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since May 2012. I am currently assigned to the Jacksonville, Florida Division of the FBI where I conduct a variety of investigations in the area of violent crimes. Prior to this assignment, I was employed as Forensics and Technology Unit Supervisor with the Orlando Police Department for approximately 8 years. I have a Bachelor's degree in Molecular Biology & Microbiology. I have received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation of, possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have been involved in searches of residences pertaining to the solicitation of, possession, collection, production, and/or transportation of child pornography through

either the execution of search warrants or through the subject providing written consent to permit a search to be conducted.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant for multiple search warrants and conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases. I am a member of a local child pornography task force comprised of the FBI, U.S. Immigration and Customs Enforcement, the Florida Department of Law Enforcement, the Jacksonville Sheriff's Office, the St. Johns County Sheriff's Office, and the Clay County Sheriff's Office, among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced

2

Special Agents and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that COLUMBUS DONAVAN JEFFREY has committed a violation of 18 U.S.C. § 2251(a), that is, production of child pornography.

4.    I make this affidavit in support of a criminal complaint against COLUMBUS DONAVAN JEFFREY, that is, on or about May 3, 2019, in the Middle District of Florida, COLUMBUS DONAVAN JEFFREY, did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and which visual depictions were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

5.    On or about October 22, 2019, I spoke with Jacksonville Sheriff's Office (JSO) Detective (Det.) A. M. Arteaga, and he provided information about an ongoing investigation of COLUMBUS DONAVAN JEFFREY for violations of Florida statutes involving child sexual exploitation. I know that Det. Arteaga is a sworn JSO Deputy Sheriff assigned to the JSO Internet

Crimes Against Children (ICAC) Unit, and is a member of the North Florida ICAC and therein conducts investigations involving internet crimes against children. The investigation resulted in the issuance of a Florida state residential search warrant, which I have reviewed and which is attached as Exhibit A, for COLUMBUS DONAVAN JEFFREY's residence located at 2154 W. 16th Street, Jacksonville, Florida, on October 3, 2019. This warrant was executed on the same day and COLUMBUS DONAVAN JEFFREY was arrested following the execution of the warrant by members of the Jacksonville Sheriff's Office in Jacksonville, Florida.

6.     Det. Arteaga has provided me with documentation and evidence generated during this investigation, including the residential search warrant, arrest reports, digital device examination reports and recorded interviews. I have reviewed all of these items, and have had numerous conversations about this investigation with Det. Arteaga, both in person and by telephone. During the course of this investigation and through these sources of information, I learned, in substance and among other things, the following:

a.     On August 12 and September 23, 2019, two separate and related Cyber Tip reports (C.T. 53500239 and C.T. 56041995) were received by JSO from the National Center for Missing and Exploited Children (NCMEC). I have reviewed the information contained in these Cyber Tip reports. Based on

4

my training and experience, I know that NCMEC receives Cyber Tips from individuals and business entities regarding the possible sexual exploitation of children. On September 18, 2019, Det. Arteaga was assigned C.T. 53500239, originating from Tumblr for investigation. Based on my training and experience, I know that Tumblr is a social media blogging and publishing network site service and can be used to upload and download images using the Internet. On September 25, 2019, Det. Arteaga was assigned C.T. 56041995, originating from Yahoo, Inc. for investigation. Yahoo, Inc., acquired Tumblr in 2013 and is now operated by Verizon Media. C.T. 53500239 was sent after Tumblr officials suspected multiple images depicting child sexual abuse material (CSAM) had been uploaded by a user using Internet Protocol (IP) address 76.245.76.84. Tumblr additionally provided the email address of the user as columbusjeffrey@gmail.com and the user name as "hideme1977."

b.     In addition, I know that Exchangeable Image File Format (EXIF) data was imbedded on the images that were contained in C.T. 53500239 and reviewed by Det. Arteaga. Based on my training and experience, I know that EXIF data is metadata stored within images and it may include the original date and time that the image was taken, the camera settings such as shutter speed and focal length, the camera device make and model that the image was taken with, and the exact Global Positioning System (GPS) coordinates

5

(geographic location) where the image was taken. The EXIF data embedded in the images from C.T. 53500239 did not list the GPS coordinates (geographic location). The images did, however, show the date and time that the original images were taken, identified as beginning on May 3, 2019 at 10:16:59 p.m. and continuing on to May 3, 2019 at 10:28:57 p.m.[1] This date and time was within the same time frame that several other images from C.T. 53500239 were produced, one of which showed a facial image of COLUMBUS DONAVAN JEFFREY with what appears to be a minor male child. EXIF data showed the images were produced during the time frame from 10:16 p.m to 10:28 p.m. Additionally, EXIF data showed all images were said to be taken on a Samsung SM-J727P (which I know is also referred to as a J7 Perx) cellphone.

      c.    Det. Arteaga viewed all files provided by Tumblr in these Cyber Tips, identified as three videos and seven images. Two of these files were confirmed by Det. Arteaga to meet the definition of child pornography, pursuant to Section 847.001(3), Florida Statutes. Det. Arteaga then conducted a search of the IP address 76.245.76.84 that was provided in both C.T. 53500239 and C.T. 56041995, which revealed that it belonged to AT&T U-Verse in

---

    [1] I have reviewed a JSO arrest and booking report dated October 3, 2019 detailing the arrest and interview of JEFFREY that stated that this time was UTC time instead of "p.m." Det. Arteaga has since informed me that this was incorrect and that the associated metadata confirms that the time is actually "p.m."

Jacksonville, Florida. On October 2, 2019, he caused a Florida state subpoena to be served on AT&T U-Verse for all available account information related to these Cyber Tips. AT&T responded by phone and later confirmed by email that the IP address resolved to a subscriber identified as COLUMBUS JEFFREY and with a service address of 2154 W. 16th Street, Jacksonville, Florida 32209. In addition, the email address (columbusjeffrey@gmail.com) associated with the Tumblr account where the child pornography files were uploaded to, matched the AT&T subscriber information.

      d.    On October 3, 2019, Det. Arteaga contacted COLUMBUS DONAVAN JEFFREY at his residence, located at 2154 W. 16th Street, Jacksonville, Florida, 32209, during the execution of the state search warrant. JEFFREY agreed to be interviewed by Det. Arteaga and Det. K. Vought, was advised of his constitutional rights, and agreed to speak to investigators. This interview was audio recorded, and I have reviewed this recording. During this interview, JEFFREY stated he currently had two male children living with him, A., who is 14 years old, and J., who is 12 years old. The children came to visit last summer but, due to family dynamics, have lived with him for the last year. JEFFREY had been taking care of them and takes them to school. JEFFREY confirmed that he was the subscriber for the AT&T Internet account active at his residence. He stated that the Internet at his home is password protected and

secure, however friends and family had the password. JEFFREY has chastised the boys for giving out the Internet password and has changed the password as recently as two weeks ago. JEFFREY stated that he owned a LG cellphone with service through Boost Mobile. JEFFREY has had telephone number 941-527-7441 since 2009-2010. JEFFREY had multiple social media accounts including Facebook, Instagram, Twitter, Snapchat, Grindr, Wickr and Hornet. JEFFREY used the email address columbusjeffrey@gmail.com for most of his accounts and stated he wasn't electronically inclined. His Snapchat username was "Columbus 1977" and he denied having any other accounts. JEFFREY did not freely let people use his phone, however, both boys had access to his phone once he (JEFFREY) entered the swipe code. JEFFREY let the boys use his phone because they didn't have service to call their families on their devices. JEFFREY did remember having access to Google photos, which he could access from different devices using the email account columbusjeffrey@gmail.com. Det. Arteaga then advised JEFFREY that he wanted to speak with him (JEFFREY) specifically about child pornography and other child abusive material. JEFFREY stated he used the username "hideme1977" on the application "Adam4Adam" and could have used it (the user name) for a Tumblr account. JEFFREY then stated he has a serious bloodborne disease and his medication sometimes made it difficult to remember

8

things. JEFFREY stated that the silver LG phone that was located in his bedroom was his primary phone. JEFFREY previously used a Samsung J7 cellphone, however he traded it in a few months ago for his current LG cellphone. JEFFREY viewed legal adult pornography and has come across child pornography while online. When he accidentally viewed child pornography, he said he called the police and had them wipe his computer. JEFFREY considered child pornography to be anyone under the age of eighteen depicted in a sexual way. JEFFREY has used his photo gallery and the site "Mega" to exchange images with other users over the Internet. Det. Arteaga told JEFFREY that he had reviewed chat communications between two users on Tumblr, "hideme1977" and "ecruzjr91," requesting "trades" which began in May 2019, including a "selfie" of JEFFREY with a boy. JEFFREY did not recall the specific conversation but identified the photo of himself and the depicted 12-year-old boy (who JEFFREY identified as M. and Det. Arteaga later confirmed was M.) on a sofa in his house. I know from conversations and image review with Det. Arteaga, this was the same facial image of JEFFREY and M. on the couch that was provided to Det. Arteaga by NCMEC in Cyber Tip 53500239. JEFFREY denied having any sexual relations with M.

   e. Later on October 3, 2019, Det. Arteaga was able to identify the minor victim in the produced images as a child to whom COLUMBUS

9

DONAVAN JEFFREY had access. During the recorded interview, JEFFREY

told Det. Arteaga the identity of M. and identified himself and M. in a "selfie"

style photo that Det. Arteaga showed him during his interview. Det. Vought

then located and conducted an interview of 12-year-old M.,[2] who advised that

he spends several days a week at JEFFREY's house where JEFFREY takes care

of him (M.) while his mother goes to work. During M.'s interview, M. disclosed

to Det. Vought that JEFFREY had some sort of sexual contact with him on

three separate occasions. M. remembered the first time that this happened,

JEFFREY took a facial picture of the two of them together on the couch.

During that same incident, M. stated that JEFFREY used his erect penis to

penetrate M.'s anus. M. remembered that JEFFREY took pictures of this

incident. M. also disclosed a second occasion where JEFFREY received oral

sex from him (M.), and JEFFREY took a picture of the incident.[3] M. then

disclosed a third incident where JEFFREY again anally penetrated him with

JEFFREY's erect penis. M. did not recall if pictures were taken during the third

_____

[2] I have confirmed that M. has a date of birth of June XX, 2007.

[3] A photograph matching this description was located on JEFFREY's
LG phone as described below.

10

incident or exact dates, however M. did state that the last incident occurred approximately one month ago.[4]

   f. During the execution of the search warrant, JSO located JEFFREY's LG G6 cellphone and conducted an on-site forensic review of this device. This revealed pictures of JEFFREY with a young boy identified as M. One of the photos was the same facial image of JEFFREY and M. on the couch that was provided to Det. Arteaga by NCMEC in Cyber Tip 53500239. Det. Arteaga has advised me that the sofa which was visible in the background of this photo appeared to match the sofa located in JEFFREY's house. The Cyber Tip also contained several pictures that were consistent with, based on M.'s physical appearance and statements made by M. during his interview with JSO Det. Vought, two photos taken from slightly different angles but depicting an erect penis penetrating an anus. There was a third image in the Cyber Tip that

---

[4] Following his interview with Det. Vought, M. was taken to the Child Protective Services office in Jacksonville for sexually transmitted disease (STD) testing. M. was not interviewed at this time and only underwent testing. I know from conversations with Det. Arteaga and review of an email from Child Protective Investigator (CPI) Jasmine Farara, that M. later recanted his statements about being sexually abused by JEFFREY. On October 4, 2019, during a non-recorded interview by the Department of Children and Family Services (DCFS) CPI Farara, M. claimed that JEFFREY has never touched him in a sexual manner and additionally stated that he has never been left alone with JEFFREY, although the photographs produced on May 3, 2019 and described herein are consistent with the information provided by M. during his initial interview with Det. Vought set forth above.

was consistent based on M.'s physical appearance and statements by M., depicting an erect penis penetrating an anus. Det. Arteaga has advised me that the carpet that was visible in the background of this photo appeared to match the carpet that Det. Arteaga observed during his execution of the search warrant that was located in JEFFREY's house. A fourth image was located on JEFFREY's LG cellphone and depicted who I believe to be M. performing oral sex on an adult penis as the appearance of the child matches the appearance of M. in the selfie photograph identified by JEFFREY as M. In the photograph, M.'s face can clearly be seen and matches the appearance of M. in the selfie, which I have reviewed. This photo appears to be a "screenshot" as it depicts information along the top such as, outside temperature 83°, battery life 44%, mail, signal strength and a display time of 5:31 PM. A photograph matching this description was located on JEFFREY's LG phone during a forensic review of the device conducted later.

g.     On October 3, 2019, Det. Arteaga and other JSO officers placed COLUMBUS DONAVAN JEFFREY under arrest charging him with three (3) counts of Sexual Battery, four (4) counts Produce/Promote Performance which includes Sexual Performance by a Child Under 18, four (4) counts of Sexual Performance by a Child - Possession of Child Pornography, and one (1) count Sexual Intercourse Without Disclosure of HIV, in violation

of Florida Statutes, Sections 794.011(8)(B), 827.071(3), 827.071(5) and 384.24(2) respectively.

7.     On December 30, 2019, I, along with Det. Arteaga, viewed several of the produced images contained in Cyber Tip 53500239. The images were produced in a series-type fashion, all within twelve minutes of each other, and they depict a pubescent male child. These images were reported by Tumblr to NCMEC and uploaded via IP address 76.245.76.84 by username "hideme1977" to Tumblr using the Internet. Tumblr flagged the account and provided all posts from the user which took place during the period from April 10, 2019 through May 11, 2019. The Cyber Tip does not attribute a specific date/time to the reported image posts. User "hideme1977" had a verified email address, columbusjeffrey@gmail.com, associated with the creation of the Tumblr account on March 29, 2015. Four of the images are described below:

a.     Creation date and time:   May 3, 2019 at 10:16:59 PM

Description: The color image depicts a pubescent Caucasian male child, who has been identified by law enforcement and I have probable cause, as set forth above, to believe is M., with spread buttock cheeks. An adult penis is pressed between the child's buttocks against his anus. The adult male is not wearing a condom. The image appears to be taken from the viewpoint of the adult looking down at the child. Based on my training and experience, having

13

viewed thousands of images and videos depicting child pornography and together with the information set forth herein, I believe that the image depicts a minor engaged in sexually explicit conduct, that is, genital-genital sexual intercourse, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

      b.     Creation date and time: May 3, 2019 at 10:17:37 PM

Description: The color image depicts a pubescent Caucasian male child, who has been identified by law enforcement and I have probable cause, as set forth above, to believe is M., with spread buttock cheeks. An adult male penis is pressed between the child's buttocks against his anus. The adult male is not wearing a condom. The image appears to be taken from the viewpoint of the adult looking down at the child. This image is taken slightly further back than the preceding image and depicts more of the adult male's penis. Based on my training and experience, having viewed thousands of images and videos depicting child pornography and together with the information set forth herein, I believe that the image depicts a minor engaged in sexually explicit conduct, that is, genital-genital sexual intercourse, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

14

c.      Creation date and time: May 3, 2019 at 10:19:12 PM

Description: The color image depicts a pubescent Caucasian male child, who has been identified by law enforcement and I have probable cause, as set forth above, to believe is M., on his knees on the ground. An adult male is straddling the child with his penis inserted in the child's spread buttocks. The adult male is not wearing a condom and the image appears slightly blurry. The image appears to be taken from the viewpoint of the adult looking down at the child while on his knees. Carpet can be seen on the ground that Det. Arteaga has told me is consistent with that found in JEFFREY's residence. Based on my training and experience, having viewed thousands of images and videos depicting child pornography and together with the information set forth herein, I believe that the image depicts a minor engaged in sexually explicit conduct, that is, genital-genital sexual intercourse, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

d.      Creation date and time: May 3, 2019 at 10:28:57 PM

Description: The color image depicts a pubescent Caucasian male child, who has been identified by law enforcement and I have probable cause, as set forth above, to believe is M., and an adult sitting on a sofa taken as a "selfie." Neither are wearing a shirt and the child's mouth is partially open with his tongue pushed to the corner. The child's eyes are partially open and he appears

15

drowsy. Further, the forensic review of this file indicates that this image was produced within a twelve minute timeframe from the images described in paragraph 7.a, 7.b, and 7.c respectively. I recognize the adult male depicted in the image as COLUMBUS DONAVAN JEFFREY from my review of his photograph from the Florida Driver and Vehicle Identification Database. Further, Det. Arteaga confirmed the adult male pictured is COLUMBUS DONAVAN JEFFREY with whom he had contact on October 3, 2019. Det. Vought has advised that he has viewed this photo and that the child depicted is M.

8.     Det. Arteaga provided me with a JSO Digital Device Examination Report, dated October 25, 2019, completed at his request by JSO Det. B. A. Bolton, which I have reviewed, and I learned, among other things, the following:

a.     During the execution of the search warrant at JEFFREY's residence on October 3, 2019, a LG G6 (LG-LS993) cellular phone was located in JEFFREY's bedroom.

b.     During an on-site review of this device, Det. Bolton observed multiple child notable pictures in a Dropbox folder titled "ped." One of these pictures appeared to visually match a photograph reported in the NCMEC Cyber Tip depicting JEFFREY and M. Also located within this folder

16

were multiple images depicting M., at least one of which depicted M. being sexually abused. This photo depicts M. performing oral sex on an adult penis. This image appears to be a "screenshot" as it depicts information along the top such as, outside temperature 83°, battery life 44%, mail, signal strength and a display time of 5:31 PM.

        c.     Further review of JEFFREY's LG G6 cellular phone depicted M. being sexually abused while lying on a bed. The sheets and comforter in these photos appeared to match the sheets and comforter in photos taken by JSO, which I have reviewed, in JEFFREY's bedroom during the execution of the search warrant.

        d.     Also located on the LG G6 cellular phone were chat conversations with an individual using the mobile application Telegram. The two parties were only identified by their assigned Telegram user ID numbers. As the parties attempted to geo-locate each other, the Telegram user with the ID 709119898 provided an approximate street address near the residence of JEFFREY and also provided the same phone number that was reported in the Cyber Tips and linked to the LG G6. During this conversation, Telegram user 709119898 indicated, among other things, that the user had regular access to multiple male children and periodic access to a 4-year-old male child. Throughout the Telegram chat, several points were observed where it appeared

that the users exchanged child notable files. These files could not be recovered within the chat thread itself, however, multiple child notable files were located in the directory "\media\0\Telegram\Telegram Images" with creation dates on July 28, 2019, the same day this conversation took place. Most of the files had creation dates within seconds of an incoming or outgoing message. Furthermore, the context of the conversation surrounding these files coincided with the content of the file. No other Telegram chats were located on the LG G6 that took place outside this date. One image 107737573_1721.jpg, located in "\media\0\Telegram\Telegram Images" lists a creation date specifically of 7/28/2019 9:34:00 PM and appears to correspond to a sent image in the Telegram chat sent on 7/28/2019 9:34:01 PM. This image depicted who I believe to be M. performing oral sex on an adult penis as the appearance of the child matches the appearance of M. in the selfie photograph identified by JEFFREY as M. In the photograph, M.'s face can clearly be seen and matches the appearance of M. in the selfie, which I have reviewed.

9.     On December 31, 2019, I conducted open source research on multiple sites and learned as of 2019, Samsung has mobile phone manufacturing factories in six locations throughout the world, including facilities located in Vietnam, China, India, Brazil, Indonesia, and South Korea. Conversely, Samsung does not have any cell phone manufacturing facilities located within

the United States. Therefore, I have probable cause to believe that the Samsung SM-J727P cellphone, which I know is also referred to as a J7 Perx and is referenced above, was not manufactured within the state of Florida and was shipped and transported in interstate and foreign commerce.

10.   Based upon the foregoing facts, I have probable cause to believe that on or about May 3, 2019, in the Middle District of Florida, COLUMBUS DONAVAN JEFFREY, did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and which visual depictions were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).


ABBIGAIL BECCACCIO, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this ⎿3ᵗʰ day of January, 2020, at Jacksonville, Florida.


JAMES R. KLINDT
United States Magistrate Judge

19